IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER                                                                                    PLAINTIFF
#650936

v.                                            4:22-cv-00521-DPM-JJV

DARRELL ELKIN, Doctor,
Dub Brassell Detention Center; *et al.*                                                    DEFENDANTS

## ORDER

Carlos Ray Frazier ("Plaintiff") is confined in the Brassell Detention Facility. He has filed a *pro se* Amended Complaint seeking relief pursuant to 42 U.S.C. § 1983. I conclude, for screening purposes only, Plaintiff has pled a plausible claim that: (1) Nurse Iverson failed to provide him with constitutionally adequate mental health care by stopping his medications; and (2) Chief Gorman and Lafeyette Woods Jr. read his grievances about the matter but failed to take corrective action.[1] (Doc. 19.)

IT IS, THEREFORE, ORDERED that:

1.   The Clerk shall list Nurse Iverson, Chief Gorman, and Lafeyette Woods Jr. on the docket sheet as Defendants and prepare a summons for them at the Brassell Detention Center, 300 East Second Avenue, Pine Bluff, AR 71601. The United States Marshal shall serve the summons, Amended Complaint (Doc. 19), and this Order on them without prepayment of fees and costs or security therefor.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

1

DATED this 21st day of July 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE