IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                                    PLAINTIFF

v.                              No. 4:22-cv-521-DPM

DARRELL ELKIN, Doctor, Dub Brassell
Detention Center; DENISE JOHNSON, Nurse,
Dub Brassell Detention Center; IVERSON,
Nurse, Dub Brassell Detention Center; SMITH,
Lieutenant, Dub Brassell Detention Center;
KEVIN BURNT, Sheriff, Jefferson County
Sheriff's Office; LANGFORD, Sheriff,
Jefferson County Sheriff's Office; EMANUEL
HAYES, Sheriff, Jefferson County Sheriff's
Department; RAPHEAL HAYES, Sheriff,
Jefferson County Sheriff's Office; JOSPEH
GORMAN, Chief, Brassell Detention Center;
and LAFAYETTE WOODS, JR., Sheriff                              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Frazier hasn't updated his address and either filed a new *in forma pauperis* application or paid the filing fee in full; and the time to do so has passed. Doc. 33. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The partial recommended disposition is declined as moot. Doc. 20. An *in forma*

*pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

14 October 2022