IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                  PLAINTIFF

v.                           No. 4:22-cv-521-DPM

DARRELL ELKIN, Doctor, Dub Brassell
Detention Center; DENISE JOHNSON, Nurse,
Dub Brassell Detention Center; IVERSON,
Nurse, Dub Brassell Detention Center; SMITH,
Lieutenant, Dub Brassell Detention Center;
KEVIN BURNT, Sheriff, Jefferson County
Sheriff's Office; LANGFORD, Sheriff,
Jefferson County Sheriff's Office; EMANUEL
HAYES, Sheriff, Jefferson County Sheriff's
Department; RAPHEAL HAYES, Sheriff,
Jefferson County Sheriff's Office; JOSPEH
GORMAN, Chief, Brassell Detention Center;
and LAFAYETTE WOODS, JR., Sheriff             DEFENDANTS

## JUDGMENT

Frazier's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022